IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 2:21-cv-00014-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT JUDGMENT** |
| v. | ) | |
| | ) | |
| GEORGE E. GOODRICH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consent of the parties and for good cause shown, it is:

Judgment is entered in favor of the United States of America and against George E. Goodrich, for the unpaid assessed balance of his federal income tax liabilities for the 2003, 2006, 2008, 2016, 2017, and 2018 tax years, plus interest and other additions to tax accruing after the dates of assessment, in the following amounts:

| Taxable Year | Principal | Interest as of February 21, 2022 | Penalties as of February 21, 2022 | Total amount due as of February 21, 2022 |
|---|---|---|---|---|
| 2003 | $ 543,787.14 | $ 21,581.90 | $ - | $ 565,369.04 |
| 2006 | $ 398,170.46 | $ 15,642.83 | $ - | $ 413,813.29 |
| 2008 | $ 175,072.62 | $ 6,878.03 | $ - | $ 181,950.65 |
| 2016 | $ 8,402.81 | $ 639.40 | $ - | $ 9,042.21 |
| 2017 | $ 6,478.59 | $ 427.03 | $ - | $ 6,905.62 |
| 2018 | $ 29,671.47 | $ 1,116.75 | $ 3,012.95 | $ 33,801.17 |
| | | | Total: | $1,210,881.98 |

For a total amount due, as of February 21, 2022, of $1,210,881.98, plus interest or other statutory additions accruing after February 21, 2022, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. § 1961(c) until paid.

SO ORDERED. This **24** day of August, 2022.

                                          /s/ Dever
                                    JAMES C. DEVER III
                                    United States District Judge

The undersigned parties, through their respective attorneys, consent to the above form of consent judgment.

Dated: August 19, 2022

    /s/ Benton Morton
Benton Thomas Morton
Trial Attorney, Tax Division
Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-6285
Fax: (202) 514-6866
Email: benton.t.morton@usdoj.gov
Attorney for the Plaintiff

Dated: August 19, 2022

    /s/ Anne Bibeau
Dean T. Buckius, Esq. (NCB 19724)
Geoffrey G. Hemphill, Esq. (NCB 53929)
Anne G. Bibeau, Esq. (VSB #89768)
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 447-8670
Email:
Abibeau@VanBlackLaw.com
DBuckius@VanBlackLaw.com
GHempill@VanBlackLaw.com
Attorneys for the Defendant

Dated: _____

                                          George E. Goodrich